UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRANCE T. HATCHER, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01378-JCM-CWH |
| vs. | ) | **ORDER** |
| BRIAN MILDEBRANDT, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Compel (#34), filed on April 25, 2014. Plaintiff requests a court order requiring the Nevada Department of Corrections to give him access to DVD material submitted by Defendants. He indicates that Defendants sent him two DVDs in the mail on February 27, 2014, but that the law library supervisor refused to allow him to view them without a court order. Accordingly, the Court will order Defendants to submit the two DVDs to the Court and the Clerk of the Court shall mail them directly to Plaintiff along with this Order that grants Plaintiff access to view them.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Compel (#34) is **granted**.

**IT IS FURTHER ORDERED** that Defendants shall submit the two DVDs previously mailed to Plaintiff to the Court.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail the DVDs to Plaintiff along with a copy of this Order.

DATED this 29th day of April, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**