✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____   Nevada

TERRANCE T. HATCHER,

                        Plaintiff,

        V.

BRIAN MILDEBRANDT, et al.,

                    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:13-CR-1378 JCM (CWH)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Defendants and against Plaintiff pursuant to Order #63.

11/17/2014

Date

/s/ Lance S. Wilson

Clerk

/s/ D. Johnson

(By) Deputy Clerk